**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Glenda Rodriguez,<br><br>               Plaintiff,<br>  v.<br><br>Mercantile Adjustment Bureau, LLC; and DOES 1-10, inclusive,<br><br>               Defendants. | Civil Action No.: 1:10-cv-12100-RWZ |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: January 13, 2011

                                                Respectfully submitted,

                                                PLAINTIFF, Glenda Rodriguez

                                                /s/ Sergei Lemberg

                                                Sergei Lemberg, Esq.
                                                B.B.O. No.: 650671
                                                **LEMBERG & ASSOCIATES L.L.C.**
                                                1100 Summer Street, 3rd Floor
                                                Stamford, CT 06905
                                                Telephone: (203) 653-2250
                                                Facsimile: (877) 795-3666
                                                slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on January 13, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                       By /s/ Sergei Lemberg

                                            Sergei Lemberg